No. 85–815.   IN RE DAVIS ET AL.   Petition for writ of mandamus and/or prohibition denied.

No. 84–6831.   FERGUSON ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–6918.   WANDEL *v.* COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 85–67.   ROBINSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–142.   KASVIN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–245.   UTZ *v.* UNITED STATES; and
No. 85–5323.   WELLINGTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 754 F. 2d 1457.

No. 85–255.   SUNNYSIDE VALLEY IRRIGATION DISTRICT *v.* UNITED STATES ET AL.; and
No. 85–451.   UNION GAP IRRIGATION DISTRICT ET AL. *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.   Reported below: 763 F. 2d 1032.

No. 85–471.   NORDGREN ET AL. *v.* MILLIKEN, DIRECTOR, UTAH DIVISION OF CORRECTIONS.   C. A. 10th Cir.   Certiorari denied.

No. 85–483.   ROTHMAN *v.* NEW YORK STATE DEPARTMENT OF TRANSPORTATION.   C. A. 2d Cir.   Certiorari denied.

No. 85–493.   REEHLMAN *v.* MCNAMARA, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA.   C. A. 5th Cir.   Certiorari denied.

No. 85–501.   GREENSPUN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–537.   CAMPBELL *v.* MAINE; and FRIEL *v.* MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.   Reported below: 497 A. 2d 467 (first case); 497 A. 2d 475 (second case).